[L. A. No. 12840. In Bank.—November 17, 1932.]

EDITH B. SHELDON, Respondent, v. LA BREA MATE-
RIALS COMPANY, Appellant.

Hugo Platz for Appellant.

Hulme, Hastings & Bartlett for Respondent.

THE COURT.—The questions involved herein are identi-
cal with those decided in the case of *Sheldon* v. *La Brea
Materials Co.*, (L. A. No. 12839) *ante*, p. 686 [15 Pac. (2d)
1098]. The only difference between the two cases relates
to the real property upon which a lien is claimed. ▪
Upon the authority of the first-mentioned case, the judgment
herein is affirmed.

[L. A. No. 12841. In Bank.—November 17, 1932.]

EDITH B. SHELDON, Respondent, v. LA BREA MATE-
RIALS COMPANY, Appellant.

Hugo Platz for Appellant.

Hulme, Hastings & Bartlett for Respondent.

THE COURT.—The questions involved herein are identical with those decided in the case of *Sheldon* v. *La Brea Materials Co.,* (L. A. No. 12839) *ante,* p. 686 [15 Pac. (2d) 1098]. The only difference between the two cases relates to the real property upon which a lien is claimed. ▮ Upon the authority of the first-mentioned case, the judgment herein is affirmed.

[L. A. No. 11532. In Bank.—November 23, 1932.]

CONSOLIDATED RESERVOIR & POWER COMPANY (a Corporation), Appellant, v. WILLIAM M. BOWEN, Executor, etc., et al., Respondents.

James Farraher for Appellant.

Lawlor & Degnan and Scarborough & Bowen for Respondents.

THE COURT.—This is an appeal from a judgment entered upon an order sustaining demurrers to the complaint without leave to amend.

▮ The facts here involved, and the complaint and demurrers, are, in all material respects similar to those involved in the case of *Consolidated Reservoir & Power Co.* v. *Scarborough,* (L. A. No. 11407) *ante,* p. 698 [16 Pac. (2d) 268], this day decided. For the reasons set forth in the opinion in that case, it is hereby ordered that the judgment herein appealed from be and same is affirmed.

Preston, J., dissented.